LOYAL MENS SHOP, INC., Trading as BEN BAY SHORE, INC., Respondent, v. BROADEX REALTY CORPORATION et al., Appellants.— Judgment 

 Munder, Acting P. J., Shapiro, Gulotta, Christ and Benjamin, JJ., concur.